# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

United States of America

v.                                                             Criminal No.  12-5048-JGD

Kipp Gibbs

## ORDER OF DISMISSAL

**Dein, U.S.M.J.**

In accoradance with this Court's ruling made on November 14, 2013 in open court, allowing the Government's oral motion to lift the Stay of the Dismissal, it is hereby Ordered the criminal complaint against Defendant Kipp Gibbs be and hereby is Dismissed.

By the Court.

Date:  November 14, 2013                           /s/ Thomas F. Quinn
                                                              Thomas F. Quinn
                                                              Deputy Clerk